**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand and seventeen.

_____

United Talmudical Academy of Kiryas Joel, Inc.,

    Plaintiff - Counter - Defendant - Appellant,

v.

AP Gas & Electric (NY), LLC,

    Defendant - Counter - Claimant – Appellee.
_____

**ORDER**

Docket No. 17-1906

    Appellant moves to withdraw its appeal pursuant to FRAP 42(b).

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 6/26/2017